2006 SEP 25  AM 10: 12

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| NATHAN BREHER, | CASE NO. 06CV2050-LAB (CAB) |
|---|---|
| Plaintiff, | **ORDER REFERRING MATTER TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION** |
| vs. | |
| JO ANNE B. BARNHART, | |
| Defendant. | |

In accordance with 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.1(c)(1)(c), IT IS HEREBY ORDERED all matters arising out of this social security appeal, including plaintiff's request to proceed *in forma pauperis*, are referred to United States Magistrate Judge Cathy Ann Bencivengo for a Report and Recommendation on the disposition of the case. The parties are instructed to contact Magistrate Judge Bencivengo's chambers with respect to all scheduling, hearing, or other issues.

**IT IS SO ORDERED.**

DATED: 9-22-06

Larry A. Burns

**HONORABLE LARRY ALAN BURNS**
United States District Judge

cc:   Magistrate Judge Cathy Ann Bencivengo
      All Counsel of Record